IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-00977-ZLW-OES

RICHARD STANLEY ROOT,

Plaintiff,

v.

BILL OWENS,
JOSEPH ORTIZ,
GARY WATKINS,
BARNEY BAUER,
ALAN MILBURN,
ANTHONY A. DeCESARO, and
LCF MEDICAL DEPARTMENT PERSONNEL,

Defendants.

---

ORDER DIRECTING SERVICE ON DEFENDANT

---

**Entered by O. Edward Schlatter, United States Magistrate Judge.**

Plaintiff has been determined to be indigent, and allowed to proceed *in forma pauperis*. Therefore, if appropriate, the Clerk shall attempt to obtain a waiver of service from the defendant identified by plaintiff as Barney Bauer. According to the record, see Docket #31, this individual can be located as follows:  Barnett Bauer, 723 Kay Avenue, Limon, CO 80826

If the Clerk is unable to do so, then the United States Marshal shall serve a copy of the Amended Complaint [located at Docket #16], and a Summons upon this defendant. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed.R.Civ.P. 4(d). All costs of service shall be advanced by the United States.

Dated at Denver, Colorado, this 20th day of September, 2005.

BY THE COURT:

s/ O. Edward Schlatter
_____
O. Edward Schlatter
United States Magistrate Judge