IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-00977-ZLW-OES

RICHARD STANLEY ROOT,

Plaintiff,

v.

BILL OWENS,
JOSEPH ORTIZ,
GARY WATKINS,
BARNEY BAUER,
ALAN MILBURN,
ANTHONY A. DeCESARO, and
LCF MEDICAL DEPARTMENT PERSONNEL,

Defendants.

ORDER VACATING RULING AND DIRECTING
PLAINTIFF TO SHOW CAUSE

**Entered by O. Edward Schlatter, United States Magistrate Judge.**

The court's Order Directing Service On Defendant, filed September 20, 2005, [Docket #76] was issued in error. Service upon defendant Bauer at the address previously provided in the record was attempted and unsuccessful. See Docket #48 (Summons returned unexecuted for insufficient address). Accordingly, the Order Directing Service On Defendant, filed September 20, 2005, is hereby **VACATED**.

Despite plaintiff's *in forma pauperis* status, he must supply the information necessary to identify the defendants to be served. See, generally, Walker v. Sumner, 14 F.3d 1415, 1422 (9th Cir. 1994), *abrogated on other grounds by* Sandin v. Conner, 115 S.Ct. 2293, 2300 (1995). It is neither the role nor the responsibility of the court, nor the U.S. Marshal Service, to investigate the whereabouts or to locate parties to a lawsuit. To do so would improperly place the court in the role of plaintiff's advocate.

See Hall v. Bellmon 935 F.2d 1106, 1110 (10th Cir. 1991) (the court should not assume the role of advocate for a pro se litigant).

**Accordingly, plaintiff has until and including October 21, 2005, to supply the court with information concerning an address for defendant Barney Bauer for purposes of serving the Amended Complaint.** If plaintiff fails to supply this information to the court on or before October 21, 2005, I will recommend to the presiding judge that the matter be dismissed as to defendant Bauer, without prejudice, for failure to prosecute.

Dated at Denver, Colorado, this 21st day of September, 2005.

BY THE COURT:

s/ O. Edward Schlatter

_____
O. Edward Schlatter
United States Magistrate Judge