IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  04-cv-0977-ZLW-MEH

RICHARD STANLEY ROOT,

      Plaintiff,

v.

GARY WATKINS,
ALAN MILBURN,
ANTHONY A. DeCESARO, and
LCF MEDICAL DEPARTMENT PERSONNEL,

      Defendants.
_____

ORDER
_____

      In his March 9, 2006, response to the Court's February 27, 2006 Order To Show Cause, Plaintiff names Anita Bloor, Deeanne Kahler, and Jennifer Allison as previously unnamed "LCF Medical Department Personnel" Defendants.  Plaintiff also states that there are more unnamed "LCF Medical Department Personnel" Defendants whose identities he has not yet ascertained.  However, since this case was filed almost two years ago, in the interests of expediting this case, any remaining unnamed "LCF Medical Department Personnel" will be dismissed without prejudice pursuant to D.C.COLO.LCivR 41.1.  Accordingly, it is

      ORDERED that Anita Bloor, Deeanne Kahler, and Jennifer Allison are named as Defendants in this action in substitution for the previously unnamed "LCF Medical Department Personnel" Defendants.  It is

FURTHER ORDERED that any remaining unnamed "LCF Medical Department Personnel" Defendants are dismissed without prejudice. It is

FURTHER ORDERED that the Order To Show Cause issued February 27, 2006 (Doc. No. 90) is discharged. It is

FURTHER ORDERED that the case caption shall be amended to add Defendants Bloor, Kahler, and Allison and remove the unnamed "LCF Medical Department Personnel" Defendants. It is

FURTHER ORDERED that this action is returned to the Magistrate Judge to address the issue of service of process on Defendants Bloor, Kahler, and Allison, for further recommendations, and to prepare the case for trial after the additional Defendants are served and have answered.

DATED at Denver, Colorado, this __4__ day of May, 2006.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court