IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-00977-ZLW-MEH

RICHARD STANLEY ROOT,

    Plaintiff,

v.

GARY WATKINS, in his individual capacity only,
ALAN MILBURN, in his individual capacity only,
ANTHONY A. DeCESARO, in his official capacity only,
ANITA BLOOR, in her individual capacity only,
DEEANNE KAHLER, in her individual capacity only, and
JENNIFER ALLISON, in her individual capacity only,

    Defendants.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 31 2006

GREGORY C. LANGHAM
CLERK

---

### ORDER DIRECTING SERVICE OF PROCESS

**Entered by Michael E. Hegarty, United States Magistrate Judge.**

This cause came before the Court on Plaintiff's affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915 (Docket #2). On May 12, 2004, the Court granted the Plaintiff leave to proceed *in forma pauperis*, and service of process of the original Amended Complaint was ordered on January 1, 2005 (Docket #28). Since that time, certain of Plaintiff's claims have been dismissed (Docket #92) and the identity of certain Defendants has come to light (Docket #93).

Therefore, it is **ORDERED** that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the Defendants Anita Bloor, Deeanne Kahler and Jennifer Allison who are indicated

by the Plaintiff to be employees of the Colorado Department of Corrections, Limon Correctional Facility Medical Department. If unable to do so, the United States Marshal shall serve a copy of the Amended Complaint (Docket #16), Order of Dismissal as to Certain Defendants (Docket #92), Order naming LCF Medical Department Defendants (Docket #93), Summons, and Order granting leave to proceed pursuant to 28 U.S.C. § 1915 (Docket #2) upon these Defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed.R.Civ.P. 4(d). All costs of service shall be advanced by the United States.

It is further **ORDERED** that the Defendants or counsel for the Defendants shall respond to the allegations of the Amended Complaint as provided for in the Federal Rules of Civil Procedure after service of process on the Defendants.

Dated at Denver, Colorado, this 25th day of May, 2006.

BY THE COURT:

s/ Michael E. Hegarty
Michael E. Hegarty
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 04-cv-00977-ZLW-MEH

Richard Stanley Root
Prisoner No. 81531
Limon Correctional Facility
49030 State Hwy. 71
Limon, CO 80826

Anita Bloor, Deeanne Kahler,
and Jennifer Allison – WAIVER
Cathie Holst
Colorado Department of Corrections
Office of Legal Affairs
**DELIVERED ELECTRONICALLY**

Paul Sanzo, Asst. Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**

Anthony DeCesaro
Attorney at Law
**DELIVERED ELECTRONICALLY**

Jennifer L. Veiga
Hall & Evans - Denver, CO
**DELIVERED ELECTRONICALLY**

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals and the following service forms to Cathie Holst for process of service on Anita Bloor, Deeanne Kahler, and Jennifer Allison: ORDER (DOCUMENT 2), AMENDED COMPLAINT FILED 8/20/04 (DOCUMENT 16), ORDER OF DISMISSAL (DOCUMENT 92), ORDER (DOCUMENT 93), SUMMONS, AND CONSENT FORM on 5/31/06.

GREGORY C. LANGHAM, CLERK

By: _____
          Deputy Clerk