IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-00977-ZLW-MEH

RICHARD STANLEY ROOT,

    Plaintiff,

v.

GARY WATKINS, in his individual capacity only,
ALAN MILBURN, in his individual capacity only,
ANTHONY A. DeCESARO, in his official capacity only,
ANITA BLOOR, in her individual capacity only,
DEEANNE KAHLER, in her individual capacity only, and
JENNIFER ALLISON, in her individual capacity only,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 31, 2006.**

For good cause shown, Plaintiff's Motion for Extension of Time [Filed July 26, 2006; Docket #113] is **granted**. The following case management deadlines shall hereafter govern this case:

| | | |
|---|---|---|
| ! | Expert Witness Disclosure: | September 1, 2006 |
| ! | Rebuttal Expert Witness Disclosure: | September 15, 2006 |

All other unexpired case management deadlines, as set forth in the Court's Minute Order of May 24, 2006 (Docket #96), shall remain in full force and effect.

Further, Plaintiff's Motion Seeking Court Order [Filed July 26, 2006; Docket #114] is **denied.** Plaintiff has provided no authority by which this Court may require the Colorado Department of Corrections to undertake the expense of providing him with the equipment he requests, nor has he provided any authority for the non-verbal communication directive he requests. Plaintiff must understand that he voluntarily filed this lawsuit, which seeks damages against the named Defendants, and he must diligently prosecute his case in the same manner and under the same rules as all other litigants in this Court.