IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-00977-ZLW-MEH

RICHARD STANLEY ROOT,

    Plaintiff,

v.

GARY WATKINS, in his individual capacity only,
ALAN MILBURN, in his individual capacity only,
ANTHONY A. DeCESARO, in his official capacity only,
ANITA BLOOR, in her individual capacity only,
DEEANNE KAHLER, in her individual capacity only, and
JENNIFER ALLISON, in her individual capacity only,

    Defendants.

## ORDER ALLOWING DEPOSITION

**Entered by Michael E. Hegarty, United States Magistrate Judge.**

    Before me is the Defendants Watkins' and Milburn's renewed request for leave of court to take the Plaintiff's deposition (Docket #117). Pursuant to Fed. R. Civ. P. 30(a)(2), leave of court must be obtained if the person to be examined during the deposition is confined in prison. In this case, Plaintiff is currently incarcerated in the Sterling Correctional Facility located in Sterling, Colorado.

    Based upon a review of the record herein, the Court finds that the discovery sought by the Defendants through Plaintiff's deposition is necessary and appropriate to the case. Therefore, cause has been shown for the granting of the motion and any limitations under Fed. R. Civ. P. 26(b)(2) would not apply. Further, the ends of justice would be served by the scheduling of such a deposition at the earliest possible date.

Accordingly, it is **ORDERED** that Defendants Watkins, and Milburn's Amended Motion for Order Allowing Deposition of Plaintiff Richard Root Pursuant to Fed. R. Civ. P. 30(a)(2) [Filed July 31, 2006; Docket #117] is **granted**.  Defendants have permission to take the deposition of the Plaintiff on August 11, 2006, or as soon as the same can be scheduled.  The deposition is subject to the limitations of Rule 30(d) and further subject to all rules and regulations which Plaintiff's place of incarceration may impose in connection with its accommodation of deposition.  Further, the Plaintiff is cautioned that any failure to participate verbally in the deposition or in any way impede the progress of the deposition in this manner can be presented by the Defendants to the Court as grounds for possible dismissal of this lawsuit.

Dated at Denver, Colorado, this 2nd day of August, 2006.

BY THE COURT:

s/ Michael E. Hegarty
Michael E. Hegarty
United States Magistrate Judge