IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-00977-ZLW-MEH

RICHARD STANLEY ROOT,

    Plaintiff,

v.

GARY WATKINS, in his individual capacity only,
ALAN MILBURN, in his individual capacity only,
ANTHONY A. DeCESARO, in his official capacity only,
ANITA BLOOR, in her individual capacity only,
DEEANNE KAHLER, in her individual capacity only, and
JENNIFER ALLISON, in her individual capacity only,

    Defendants.

## ORDER ALLOWING DEPOSITION

**Entered by Michael E. Hegarty, United States Magistrate Judge.**

    Before me is the request for leave of court to take the deposition of James Dawson filed by Defendants Watkins, Milburn, Bloor, and Kahler (Docket #128).  Pursuant to Rule 30(a)(2) Fed.R.Civ.P., leave of court must be obtained if the person to be examined during the deposition is confined in prison.  In this case, Mr. Dawson is currently incarcerated in the Limon Correctional Facility located in Limon, Colorado.

    Based upon a review of the record herein, the Court finds that the discovery sought by the Defendants through Mr. Dawson's deposition is necessary and appropriate to the case.  Plaintiff has identified Mr. Dawson as a witness to the incident that is the subject matter of this lawsuit. Therefore, cause has been shown for the granting of the motion and any limitations under Rule 26(b)(2) Fed.R.Civ.P. would not apply.  Further, the ends of justice would be served by the

scheduling of such a deposition at the earliest possible date.

Accordingly, it is **ORDERED** that Defendants' Motion for Order Allowing Deposition of James Dawson Pursuant to Fed.R.Civ.P. 30(a)(2) [Filed August 28, 2006; Docket #128] is **granted**. Defendants Watkins, Milburn, Bloor, and Kahler have permission to take the deposition of James Dawson on September 12, 2006, or as soon as the same can be scheduled. The deposition is subject to the limitations of Rule 30(d) and further subject to all rules and regulations which Mr. Dawson's place of incarceration may impose in connection with its accommodation of deposition.

Dated at Denver, Colorado, this 29th day of August, 2006.

BY THE COURT:

s/ Michael E. Hegarty
Michael E. Hegarty
United States Magistrate Judge