IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-00977-ZLW-MEH

RICHARD STANLEY ROOT,

       Plaintiff,

v.

GARY WATKINS, in his individual capacity only,
ALAN MILBURN, in his individual capacity only,
ANTHONY A. DeCESARO, in his official capacity only,
ANITA BLOOR, in her individual capacity only,
DEEANNE KAHLER, in her individual capacity only, and
JENNIFER ALLISON, in her individual capacity only,

       Defendants.

---

## ORDER ALLOWING DEPOSITION

---

**Entered by Michael E. Hegarty, United States Magistrate Judge.**

    Before me is the request by Defendants Watkins, Milburn, Bloor, and Kahler for leave of court to take the deposition of Kenneth Cobbin, a witness to the incident at issue in this case (Docket #132). Pursuant to Fed. R. Civ. P. 30(a)(2), leave of court must be obtained if the person to be examined during the deposition is confined in prison. In this case, Mr. Cobbin is currently incarcerated in the Colorado Territorial Correctional Facility located in Canon City, Colorado.

    Based upon a review of the record herein, the Court finds that the discovery sought by the Defendants through Mr. Cobbin's deposition is necessary and appropriate to the case. Therefore, cause has been shown for the granting of the motion and any limitations under Fed. R. Civ. P. 26(b)(2) would not apply. Further, the ends of justice would be served by the scheduling of such a deposition at the earliest possible date.

Accordingly, it is **ORDERED** that Defendants' Motion for Order Allowing Deposition of Kenneth Cobbin Pursuant to Fed.R.Civ.P. 30(a)(2) [Filed September 13, 2006; Docket #132] is **granted**.  Defendants have permission to take the deposition of the Kenneth Cobbin on September 22, 2006, or as soon as the same can be scheduled.  The deposition is subject to the limitations of Rule 30(d) and further subject to all rules and regulations which Mr. Cobbin's place of incarceration may impose in connection with its accommodation of deposition.

Dated at Denver, Colorado, this 15th day of September, 2006.

BY THE COURT:

 s/ Michael E. Hegarty
Michael E. Hegarty
United States Magistrate Judge