IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-00977-ZLW-MEH

RICHARD STANLEY ROOT,

    Plaintiff,

v.

GARY WATKINS, in his individual capacity only,
ALAN MILBURN, in his individual capacity only,
ANTHONY A. DeCESARO, in his official capacity only,
ANITA BLOOR, in her individual capacity only,
DEEANNE KAHLER, in her individual capacity only, and
JENNIFER ALLISON, in her individual capacity only,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 7, 2006.**

    Plaintiff's Motion for Extension of Time [Filed November 3, 2006; Docket #144-1] is **granted** in part and **denied** in part. Plaintiff shall have until and including December 4, 2006, in which to file his response to Defendants Watkins and Milburn's Motion for Summary Judgment.

    Plaintiff's Motion Seeking Court Order [Filed November 3, 2006; Docket #144-2] is **denied**. Defendants Watkins and Milburn's Motion for Summary Judgment contains a Certificate of Service which indicates that service by mail was accomplished on October 24, 2006. Certificates of Service, filed in court, are generally prima facie evidence that the service was made. *See* FED.R.CIV.P. 5(b) (service on a party "shall be made ... by mailing it to the ... party .... Service by mail is complete upon mailing."); *Chesson v. Jaquez*, 986 F.2d 363, 365 (10th Cir. 1993) (holding date on certificate of service accepted as date of service absent evidence to the contrary). Therefore, if the Plaintiff desires copies from the Court record, he is instructed to contact the office of the Clerk of this Court and make arrangements for the copies he desires and payment for any costs associated with his request.