IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-00977-ZLW-MEH

RICHARD STANLEY ROOT,

     Plaintiff,

v.

GARY WATKINS, in his individual capacity only,
ALAN MILBURN, in his individual capacity only,
ANTHONY A. DeCESARO, in his official capacity only,
ANITA BLOOR, in her individual capacity only,
DEEANNE KAHLER, in her individual capacity only, and
JENNIFER ALLISON, in her individual capacity only,

     Defendants.

---

### MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 1, 2006**

For good cause shown, Defendants Watkins and Milburn's Motion for Leave to Amend Motion for Summary Judgment [**Filed November 8, 2006; Docket #147**] is **granted.** On or before December 5, 2006, Defendants Watkins and Milburn shall file their Amended Motion for Summary Judgment with the office of the Clerk of this Court in accordance with the District of Colorado Electronic Case Filing ("ECF") Procedures. Defendant Watkins and Milburn's Amended Motion for Summary Judgment shall be in the same format and substance of that which was tendered with Defendants Watkins and Milburn's Motion for Leave to Amend Motion for Summary Judgment filed on November 8, 2006.

Based upon the filing of an amended dispositive motion in this regard, Defendants Watkins and Milburn's Motion for Summary Judgment [**Filed October 24, 2006; Docket #140**] is deemed **moot** and shall be removed from the Court's pending docket.

Additionally, for good cause shown, Plaintiff's Motion for Extension of Time [Filed **November 30, 2006; Docket #150**] is **granted**. Plaintiff shall have until and including December 20, 2006, in which to file a response to Defendants Watkins and Milburn's Amended Motion for Summary Judgment.