IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  04-cv-00977-ZLW-MEH

RICHARD STANLEY ROOT,

    Plaintiff,

v.

GARY WATKINS,
ALAN MILBURN,
ANTHONY A. DeCESARO,
ANITA BLOOR,
DEANNE KAHLER,
JENNIFER ALLISON,

    Defendants.
_____

## ORDER DISMISSING CERTAIN DEFENDANTS
_____

This matter is before the Court on Defendants Bloor And Kahler's Motion To Dismiss Plaintiff's Complaint Or Alternatively For Summary Judgment (Doc. No. 124). This motion was previously referred to the Magistrate Judge on August 21, 2006. Plaintiff's response (Doc. No. 131) indicates he has no objection to dismissing Defendants Bloor and Kahler from this case.  Therefore, it is

ORDERED that this Court's previous order dated August 21, 2006 (Doc. No. 125), referring Doc. No. 124 to the Magistrate Judge is vacated.  It is

FURTHER ORDERED that Defendants Bloor And Kahler's Motion To Dismiss Plaintiff's Complaint . . . is granted.  It is

FURTHER ORDERED that Defendants Anita Bloor and Deanne Kahler are dismissed from the case with prejudice. It is

FURTHER ORDERED that the case caption shall be amended to remove Defendants Bloor and Kahler.

DATED at Denver, Colorado, this   15   day of December, 2006.

BY THE COURT:

_____
ZITA L. WEINSHIENK,  Senior Judge
United States District Court