IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

**Civil Action No.** 04-cv-00977-ZLW-MEH               **FTR – Courtroom A601**
**Date:** January 9, 2007                              Cathy Coomes, Courtroom Deputy

RICHARD STANLEY ROOT,                                  Ryan C. Carson
                                                       Matt Gruenberg

       Plaintiff(s),

v.

GARY WATKINS,                                          Jennifer Veiga
ALAN MILBURN,
ANTHONY A. DECESARO,                                   *Pro Se* (by telephone)
DEEANNE KAHLER, and
JENNIFER ALLISON,

       Defendant(s).

---

## COURTROOM MINUTES/MINUTE ORDER

**STATUS CONFERENCE**

**Court in session:**     9:37 a.m.

Court calls case.

Appearances of counsel.

Discussion regarding Defendant DeCesaro's absence and his knowledge of this hearing. The Court attempts to contact Defendant DeCesaro by telephone but is unsuccessful. The hearing will proceed in Defendant DeCesaro's absence.

Discussion regarding the status of the case, pending motions, and discovery issues.

**ORDERED:**  The Court will set the following deadlines:

    1.    Each side will be allowed five (5) Interrogatories and five (5) Requests for Production of Documents, which must be submitted by **January 16, 2007.**

    2.    Each side will be allowed three (3) depositions.

       3.     Discovery cutoff is **March 15, 2007.**

       4.     Dispositive Motion deadline is **April 15, 2007.**

**ORDERED:** A Final Pretrial Conference will be held on **June 1, 2007, at 9:30 a.m.**

**ORDERED:** As to pending motions:

       1.     Defendants Watkins' and Milburn's Amended Motion for Summary Judgment (Doc. #153, filed 12/4/06) is **WITHDRAWN.**

       2.     Plaintiff's First Motion to Stay Proceedings, Amend Case Management Order, and Supplement Plaintiff's Response to Defendants' Amended Motion for Summary Judgment (Doc. #162, filed 12/20/06) is GRANTED in part and DENIED in part as stated on the record.

**Court in recess:**    **10:05 a.m.**    (Hearing concluded)
Total time in court:    0:28