IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  04-cv-00977-ZLW-MEH

RICHARD STANLEY ROOT,

      Plaintiff,

v.

JENNIFER ALLISON,

      Defendant.

---

## ORDER OF DISMISSAL

---

On March 20, 2003, the Court ordered Plaintiff to show cause why Defendant

Jennifer Allison should not be dismissed from this action with prejudice.  On March 31,

2008, Plaintiff responded by stating that Ms. Allison can be dismissed at this time.

Accordingly, it is

ORDERED that the Amended Complaint and cause of action are dismissed with

prejudice against Defendant Jennifer Allison.  It is

FURTHER ORDERED that the Court's March 20, 2003, Order to Show Cause

(Doc. No. 200 at 10) is discharged.  It is

FURTHER ORDERED that, because all claims and Defendants have now been

dismissed from this action, the entire action is dismissed and this case is closed on the

Court's docket.  It is

FURTHER ORDERED that the trial set for May 19, 2008, is vacated.

DATED at Denver, Colorado, this __2nd__ day of April, 2008.

BY THE COURT:

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court